IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 8:11CB8 |
| | ) | Violation Notice No. 2304606 NE14 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL S. HANKS, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

The court grants the defendant's request to extend the time in which to pay his fine. The previously ordered arrest warrant is canceled. This matter is scheduled for hearing on 12/27/2011 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall either pay the fine in full before this date or shall appear at hearing time, or a warrant shall issue for his arrest.

DATED this 3rd day of November, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge