**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No. 8:11CB8 |
| ) | Violation Notice No. 2304606 NE14 |
| **Plaintiff,** ) | |
| vs. ) | ORDER |
| ) | |
| **MICHAEL S. HANKS,** ) | |
| **Defendant.** ) | |

IT IS ORDERED:

The court grants the government's request to extend the time in which the defendant has to pay his fine. The defendant has previously made a payment of $75.00 and another payment of $50.00. The amount still owed by the defendant is $50.00. This matter is scheduled for hearing on January 31, 2012 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall either pay the fine in full before this date or shall appear at hearing time, or a warrant shall issue for his arrest.

Dated this 27th day of December, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge